■ The People of the State of New York, Respondent, v Steve Matosevic, Appellant. [23 NYS3d 886]—

Judgment, Supreme Court, New York County (Bonnie G. Wittner, J.), rendered November 14, 2013, convicting defendant, upon his plea of guilty, of robbery in the second degree, and sentencing him to a term of 3½ years, unanimously affirmed.

The court properly determined that defendant had violated his plea agreement and had thus forfeited the opportunity for a more lenient disposition. Aside from being expelled from a drug treatment program, defendant violated the no-arrest condition of his agreement. Since defendant did not dispute the validity of the new arrests, and since they constituted a proper basis for the court's finding of noncompliance, it was unnecessary for the court to inquire into defendant's complaints about the suitability of the program and the circumstances of his termination (*see generally People v Valencia*, 3 NY3d 714 [2004]). Concur—Tom, J.P., Friedman, Sweeny, Acosta and Andrias, JJ.